Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email:** nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**135 Prospect Street**  **299 Broadway, Suite 800**
**Ridgewood, NJ  07450**  **New York, NY  10007**
(Preferred mailing address)

October 21, 2024

> Conference is adjourned from October 24, 2024 to December 17, 2024 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
> Dated: 10/21/2024
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007.

Re: United States v. Jerry Adams
    11 Cr 710 (PKC)

Dear Judge Castel:

I am defense counsel for Jerry Adams, who is scheduled to appear for a conference on a violation of supervised release on October 24, 2024. I respectfully request that the conference be adjourned until a date in mid-December 2024. Assistant United States Attorney Matthew Weinberg informs me that he has no objection to this application. The adjournment would allow the parties to engage in plea negotiations in connection with the nine specifications.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.