UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        11 CR 710 (PKC)

         -against-                                                     <u>ORDER</u>

  JERRY ADAMS,

                               Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The conference originally scheduled for December 17, 2024 is adjourned to December 19, 2024 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       December 13, 2024